

COMMONWEALTH of Pennsylvania,
Respondent

v.

Tina M. CRISAFI, Petitioner

No. 122 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

Eugene P. LEONI, Jr. as Original Plaintiff and SJL3, LLC, as Assignee and Real Party in Interest, Petitioner

v.

Gregory T. LEONI (as the Executor of the Estate of Eugene Leoni, Sr.) and Marian Leoni, Respondents

Eugene P. Leoni, Jr. as Original Plaintiff and SJL3, LLC, as Assignee and Real Party in Interest, Petitioner

v.

Gregory T. Leoni (as the Executor of the Estate of Eugene Leoni, Sr.) and Marian Leoni, Respondents

No. 80 MAL 2017
No. 81 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joel A. JAMES, Petitioner

No. 67 MAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.